L. Paul Mankin (SBN 264038)
The Law Office of L. Paul Mankin IV
4655 Cass Street, Suite 112
San Diego, CA 92109
Phone: 800-219-3577
Fax: 323-207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ANDERSON, an individual,** | Case No. 2:16-cv-00772-BRO-JPR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **CONVERGENT OUTSOURCING, INC, AND DOES 1 THROUGH 10,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 11th day of April 2016

By: s/L. Paul Mankin
L. Paul Mankin
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

Notice of Settlement - 1

1 | Filed electronically on this 11th day of April, 2016, with:

2 | United States District Court CM/ECF system

3 |

4 | Notification sent electronically via the Court's ECF system to:

5 | Honorable Beverly Reid O'Connell
6 | United States District Court
    | Central District of California

7 |

8 | This 11th day of April 2016

9 |

10 | s/L. Paul Mankin
   | L. Paul Mankin